UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GENTRY M., | Case No. 24-cv-4550 (LMP/DLM) |
| Plaintiff, | |
| v. | |
| FRANK BISIGNANO, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| *Commissioner of Social Security*, | |
| Defendant. | |

Bryan Konoski, **Konoski & Partners, P.C., East Brunswick, NJ**, for Plaintiff.

Ana H. Voss, **United States Attorney's Office, Minneapolis, MN**, James Potter, James D. Sides, and Sophia Doroba, **Social Security Administration, Baltimore, MD**, for Defendant.

Plaintiff Gentry M. appeals the denial of his application for disability insurance benefits by Defendant Frank Bisignano, Commissioner of Social Security (the "Commissioner"). *See* ECF No. 1. After receiving briefing from Gentry M. and the Commissioner, ECF Nos. 7, 9, United States Magistrate Judge Douglas L. Micko issued a Report and Recommendation ("R&R"), recommending that the Court affirm the Commissioner's decision denying benefits. *See* ECF No. 12. Neither party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, the Court adopts the R&R, affirms the Commissioner's decision, and dismisses this action with prejudice.

1

**ORDER**

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The relief requested in the Commissioner's brief (ECF No. 7) is **GRANTED**;

2. The relief requested in Gentry M.'s brief (ECF No. 9) is **DENIED**;

3. The Report and Recommendation (ECF No. 12) is **ADOPTED**; and

4. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 4, 2026

<u>s/Laura M. Provinzino</u>
Laura M. Provinzino
United States District Judge